# United States District Court
## Violation Notice

CVB Location Code: **CA76**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1504023 | K. Buckley | 90225 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/16/2009 1443 | 36 CFR 2.30 (4) |

**Place of Offense:** Yosemite Village Store

**Offense Description:** Shoplifting

1504023

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Hitchcock | Michael | J |

Street Address: [blank]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Sandy Bay, Tasmania | | 7005 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | | N/A |

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female    Hair: Bro    Eyes: Grn    Height: 511    Weight: 175

### VEHICLE DESCRIPTION  VIN: N/A

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

CI#09-3509

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: [blank]
Date (mm/dd/yyyy): [blank]
Time (hh:mm): [blank]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)     Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 16, 20 09** while exercising my duties as a law enforcement officer in the **Eastern** District of **California** in Yosemite National Park.

On 08/16/09 at approximately 1415 hours while on patrol near the Yosemite Village store I overheard radio traffic on the DNC frequency regarding possible shoplifters. I responded and made contact with DNC Security Garrecht who had two individuals detained in the upstairs office. He stated that he had observed a male and female place items into a backpack and leave the store without paying. He contacted them outside and brought them upstairs to be interviewed. I identified HITCHCOCK, MICHAEL J. by Australia driver's license and questioned him after being Mirandized. He admitted to taking food items from the store by placing them into a backpack of his associate who then proceeded to leave the store without intending to pay for the items. He had discussed and made plans to shoplift with the associate who also participated in placing items into the backpack. Sixteen total items were found with a value of $38.48. HITCHCOCK was arrested at approximately 1443 for 36 CFR 2.30(4) Concealing unpurchased merchandise on or about the person without the knowledge or consent of the seller or paying less than purchased price by deception.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/16/2009**  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge